FILE COPY

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 31 2015

CHRISTOPHER A. PRINE

CLERK _____

Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

Case Number
01-14-01019-CR

Hung Le                              §        COURT OF APPEALS
                                     §        1ST DISTRICT
The State of Texas                   §        HOUSTON, TEXAS

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

_HUNG – LE_
Pro se Appellant
_MICHAEL_ Unit, TDCJ # _01966229_
_TENNESSEE, COLONY_ Texas _75886_

### Certificate of Service

This is to certify that on ___7/29/15___ (Date), a true and correct copy of the above and foregoing document was served by mail on:

Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, TX 77002

_HUNG – LE_
Pro se Appellant

**J. SIDNEY CROWLEY**
**ATTORNEY AT LAW**
**214 Morton St.**
**Richmond, Tx. 77469**

**(281)232-8332**                                             **(713) 419-6932 (cell)**

July 13, 2015

Hung Le, No. 01966229
Michael Unit
2664 FM 2054
Tennessee Colony, Tx. 75886

Dear Mr. Le:

After reviewing the record I have come to the conclusion that there are no arguable grounds of error that can be advanced. I have therefore prepared an <u>Anders</u> (frivolous appeal) brief with the Court of Appeals. I have enclosed a copy of that brief. You have the right to file your own appeal brief if you so desire. On the last several pages of the brief I have put down the information that you need to obtain the record and so forth. I have also enclosed a form you can send to the 1st Court of Appeals to obtain a copy of the record.

Sincerely,

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas

301 Fannin Street
Houston, Texas 77002-2066

July 8, 2015

Hung Le
TDCJ #01966229
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

RE:    Court of Appeals Number:  01-14-01019-CR    Trial Court Case Number:  1398928

Style:  Hung Le v. The State of Texas

✳ Your court-appointed lawyer has filed a brief stating that the record on appeal shows no reversible error in your case, or error upon which an appeal may be based, and your lawyer is unable to raise any arguable grounds for appeal. Your lawyer waived oral argument and also has or will file a motion to withdraw from any further responsibilities of representing you. The motion filed by your lawyer is also known as an "*Anders* Brief." *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).

This letter serves as notice that you may file a Response to your lawyer's *Anders* Brief on or before **August 7, 2015**, or may file a motion to extend the time you have to file a Response with the court. If you choose to ask for more time to file a Response, then you must file your motion for an extension of time to file a Response on or before **August 7, 2015**.

You are entitled to a copy of the record on appeal in your case. If you would like a copy of the record, you must complete the attached motion form and return it to the First Court of Appeals, 301 Fannin Street, Houston, TX 77002.

If you file a Response to the *Anders* Brief, it should state what arguable grounds you believe a lawyer appointed to represent you should include in an appellate brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).

*[Handwritten margin notes:]*
Dear Court of Appeal,
If possible, and permissible, due to my brother's medical and language barrier condition, please allow an extension of 60 days for this sister. Mailan Le, New Orleans, to help him to find an attorney and explain all the facts of the case. Thank you for your consideration. Respectfully,
Mailan Le, Hung Le's sister
713-948-6878

## NOTICE TO COURT-APPOINTED COUNSEL

Upon receipt of a request for a copy of the appellate record, this court directs that Appellant's court-appointed counsel shall (1) make arrangements, within five days from the date of receiving Appellant's request, to forward a copy of the appellate record to Appellant and (2) confirm that Appellant has received the record and notify this court in writing that counsel has confirmed that appellant has received a copy of the record. Court-appointed counsel may discharge the responsibility for preparing and delivering the record to the Appellant by making arrangements with the district or county clerk, however **it is still counsel's responsibility to confirm delivery and to provide confirmatory notice to this court.** *See Escobar v. State,* 134 S.W.3d 338, 339-40 (Tex. App.—Amarillo 2003) (order); *Pitchford v. State,* No. 07-05-0254-CR, 2006 WL 1587153 (Tex. App.—Amarillo June 9, 2006) (order) (not designated for publication).

The State's Response, or waiver, is due 30 days after Appellant files a Response, or the due date for the Appellant's Response has passed.

Sincerely,

Christopher A. Prine, Clerk of the Court

cc:   Alan Curry (DELIVERED VIA E-MAIL)
J Sidney Crowley (DELIVERED VIA E-MAIL)
Harris County District Clerk's Office - Criminal (DELIVERED VIA E-MAIL)

HUNG LE, #01966229
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY, TX 75886

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 2120 0000 3663 5862

7014 2120 0000 3663 5862

7700220669

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 31 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

FIRST COURT OF APPEALS
301 FANNIN ST.
HOUSTON, TEXAS 77002

U.S. POSTAGE
PAID
NEW ORLEANS LA
70113
JUL 28, 16
AMOUNT
$3.94
00111735-22

UNITED STATES
POSTAL SERVICE®

1000        77002